**Order entered February 25, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00241-CR

**THE STATE OF TEXAS, Appellant**

**V.**

**TIMOTHY VARDEMAN, Appellee**

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-81772-04**

## ORDER

The Court has received the State's notice of appeal from the trial court's order granting appellee the relief sought by his application for writ of habeas corpus. This is an accelerated appeal pursuant to Texas Rule of Appellate Procedure 31.

We **ORDER** the Collin County District Clerk to file the clerk's record by **MARCH 15, 2013**.

We **ORDER** Niki Garcia, official court reporter of the 366th Judicial District Court, to file the reporter's record of the habeas corpus proceedings by **MARCH 15, 2013**.

The State's brief is due by **APRIL 1, 2013**. Appellee's brief is due by **APRIL 17, 2013**.

The appeal will be submitted without oral argument on **May 24, 2013** to a panel consisting of Justices FitzGerald, Murphy, and Lewis.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Collin County District Clerk; Niki Garcia, official court reporter, 366th Judicial District Court; and to counsel for all parties.


/s/  CAROLYN WRIGHT
   CHIEF JUSTICE